

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
New York District Office

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
New York Direct Dial: (929) 506-5270
FAX (212) 336-3625
Website: www.eeoc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/9/2020

March 6, 2020

The Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: U.S. EEOC v. New York State Department of Labor, 20-mc-49
Letter Motion Requesting an Extension of Time

Dear Judge Schofield,

The EEOC writes, with the consent of the Respondent New York State Department of Labor, to request an extension of the deadline for the EEOC's certification that the Respondent has complied with the subpoena issued by the EEOC. The parties have not previously requested an extension of time for this deadline.

Pursuant to the order entered on February 7, 2020 (ECF No. 3), the EEOC is to file the certification within 30 days of the issuance of the order, that is, on March 9, 2020. Although Respondent provided documents in response to the EEOC's subpoena, it appears the documents are incomplete. The parties have conferred, and Respondent is looking into the matter and anticipates having an update for the EEOC by next week. Therefore, the EEOC requests an additional two weeks—until Monday, March 23, 2020—to attempt to resolve this matter and provide the certification.

Respectfully,

s/ Justin Mulaire
Justin Mulaire
Supervisory Trial Attorney

U.S. EEOC
New York District Office
33 Whitehall Street, Fl. 5
New York, New York 10004

Direct Dial: (929) 506-5277

APPLICATION GRANTED.

The EEOC shall file the certification of compliance with the subpoena no later than March 23, 2020.

Dated: March 9, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE